UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Francisco Soto

    v.                                   Civil No. 14-cv-293-PB

FCI Berlin, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 14, 2014.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                    /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

Date: September 2, 2014

cc:  Francisco Soto, Pro se
     Seth Aframe, Esq.